UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

MATTI KIUPEL,

      Plaintiff,

v.

THE BOARD OF TRUSTEES OF MICHIGAN STATE UNIVERSITY, MICHIGAN STATE UNIVERSITY, TERESA K. WOODRUFF, individually and as an agent for Michigan State University, BIRGIT PUSCHNER, individually and as an agent for Michigan State University, DALEN W. AGNEW, individually and as an agent for Michigan State University, KIMBERLY DODD, individually and as an agent for Michigan State University, NICOLE SCHMIDTKE, individually and as an agent for Michigan State University, DOUGLAS FREEMAN, individually and as an agent for Michigan State University, KATHYANN LEWLESS, individually and as an agent for Michigan State University, and THOMAS D. JEITSCHKO, individually and as an agent for Michigan State University,

      Defendants.

Case No. 1:24-cv-00667

Hon. Jane M. Beckering

Mag. Ray Kent

**STIPULATED EXTENSION OF TIME TO RESPOND TO
PLAINTIFF'S DECEMBER 18, 2024 FILING**

1

Defendants moved to dismiss the complaint in this matter on September 20, 2024. Plaintiff's time to response to that motion with either a brief in opposition or an amended complaint was extended to December 18, 2024, to allow for mediation. The parties engaged in mediation on December 9, 2024. The mediation was not successful. Defendants' response to Plaintiff's amended complaint, or reply in further support of their motion, will be due 14 days from December 18, 2024, or January 1, 2025. The undersigned (a sole practitioner) will be travelling abroad from December 20, 2024 through January 2, 2024. For this reason, the parties have stipulated and agreed that, with the Court's permission, Defendants' response to Plaintiff's December 18, 2024 filing will be due January 15, 2025.

IT IS SO ORDERED:

_____
Judge Jane M. Beckering

By:_____s/UriAbt_____         By:_____s/Brian E. Koncius_____

Uri Abt (P84350)                      Bogas & Koncius P.C.
Law Office of Uri Abt PLLC            Brian E. Koncius, Esq. (P69278)
*Attorney for Defendants MSU and*     *Local Counsel for Plaintiff*
*Board of Trustees*                   31700 Telegraph Road, Suite 160
517 Wildwood Drive                    Bingham Farms, MI 48025
East Lansing, MI 48823                248-502-5000 (telephone)
(517) 858-9410                        248-502-5001 (fax)
uri@abtlawfirm.com                    bkoncius@kbogaslaw.com


By:_____s/Julie A. Sacks_____     By:_____s/Andrew T. Miltenberg_____

Nesenoff & Miltenberg LLP             Nesenoff & Miltenberg LLP
*Attorneys for Plaintiff*             *Attorneys for Plaintiff*
Julie A. Sacks, Esq.                  Andrew T. Miltenberg, Esq.
(*pro hac vice forthcoming*)          (*pro hac vice forthcoming*)
101 Federal Street, 19th Floor        Christine Brown, Esq.
Boston, Massachusetts 02110           (*pro hac vice forthcoming*)
(617) 209-2188                        363 Seventh Avenue, 5th Floor
cbrown@nmllplaw.com                   New York, New York 10001
                                      212-736-4500 (telephone)
                                      212-736-2260 (fax)
                                      amiltonberg@nmllplaw.com
                                      cbrown@nmllplaw.com

## **CERTIFICATE OF SERVICE**

I hereby certify that on December 12, 2024, I electronically filed the foregoing with the Court using the ECF and thereby served all attorneys of record.

By:         s/Uri Abt

Uri Abt (P84350)
Law Office of Uri Abt PLLC
*Attorney for Defendants MSU and Board of Trustees*
517 Wildwood Drive
East Lansing, MI 48823
(517) 858-9410
uri@abtlawfirm.com