**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF MICHIGAN**
**SOUTHERN DIVISION**

| | |
|---|---|
| MATTI KIUPEL, | |
| Plaintiff, | Case No. 1:24-cv-00667 |
| v. | Hon. Jane M. Beckering |
| THE BOARD OF TRUSTEES OF MICHIGAN STATE UNIVERSITY, MICHIGAN STATE UNIVERSITY, TERESA K. WOODRUFF, individually and as an agent for Michigan State University, BIRGIT PUSCHNER, individually and as an agent for Michigan State University, DALEN W. AGNEW, individually and as an agent for Michigan State University, KIMBERLY DODD, individually and as an agent for Michigan State University, NICOLE SCHMIDTKE, individually and as an agent for Michigan State University, DOUGLAS FREEMAN, individually and as an agent for Michigan State University, KATHYANN LEWLESS, individually and as an agent for Michigan State University, and THOMAS D. JEITSCHKO, individually and as an agent for Michigan State University, | Mag. Ray Kent |
| Defendants. | |

**STIPULATED EXTENSION OF TIME TO RESPOND TO**
**PLAINTIFF'S DECEMBER 18, 2024 FILING**

1

Defendants moved to dismiss the complaint in this matter on September 20, 2024. Plaintiff's time to response to that motion with either a brief in opposition or an amended complaint was extended to December 18, 2024, to allow for mediation. The parties engaged in mediation on December 9, 2024. The mediation was not successful. Defendants' response to Plaintiff's amended complaint, or reply in further support of their motion, will be due 14 days from December 18, 2024, or January 1, 2025. The undersigned (a sole practitioner) will be travelling abroad from December 20, 2024 through January 2, 2024. For this reason, the parties have stipulated and agreed that, with the Court's permission, Defendants' response to Plaintiff's December 18, 2024 filing will be due January 15, 2025.

IT IS SO ORDERED.

  /s/ Jane M. Beckering                          Dated: December 12, 2024
Jane M. Beckering
United States District Judge

By:         s/UriAbt                             
Uri Abt (P84350)
Law Office of Uri Abt PLLC
*Attorney for Defendants MSU and Board of Trustees*
517 Wildwood Drive
East Lansing, MI 48823
(517) 858-9410
uri@abtlawfirm.com

By:           s/Brian E. Koncius                         
Bogas & Koncius P.C.
Brian E. Koncius, Esq. (P69278)
*Local Counsel for Plaintiff*
31700 Telegraph Road, Suite 160
Bingham Farms, MI 48025
248-502-5000 (telephone)
248-502-5001 (fax)
bkoncius@kbogaslaw.com

By:      s/Julie A. Sacks                     
Nesenoff & Miltenberg LLP
*Attorneys for Plaintiff*
Julie A. Sacks, Esq.
(*pro hac vice forthcoming*)
101 Federal Street, 19th Floor
Boston, Massachusetts 02110
(617) 209-2188
cbrown@nmllplaw.com

By:      s/Andrew T. Miltenberg                 
Nesenoff & Miltenberg LLP
*Attorneys for Plaintiff*
Andrew T. Miltenberg, Esq.
(*pro hac vice forthcoming*)
Christine Brown, Esq.
(*pro hac vice forthcoming*)
363 Seventh Avenue, 5th Floor
New York, New York 10001
212-736-4500 (telephone)
212-736-2260 (fax)
amiltonberg@nmllplaw.com
cbrown@nmllplaw.com