UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

MATTI KIUPEL,

    Plaintiff,

v.

                          Case No. 1:24-cv-667

MICHIGAN STATE UNIVERSITY BOARD
OF TRUSTEES, et al.,
                          HON. JANE M. BECKERING

    Defendants.
_____/

## ORDER

Pending before the Court is Defendants' Motion to Dismiss (ECF No. 9). On December 18, 2024, Plaintiff filed an Amended Complaint (ECF No. 19). Because the Amended Complaint supersedes Plaintiff's earlier Complaint, *see In re Refrigerant Compressors Antitrust Litig.*, 731 F.3d 586, 589 (6th Cir. 2013), Defendants' motion to dismiss the earlier Complaint is moot. Accordingly,

**IT IS HEREBY ORDERED** that Defendants' Motion to Dismiss (ECF No. 9) is DISMISSED as moot.

Dated: December 19, 2024                          /s/ Jane M. Beckering
                                                                 JANE M. BECKERING
                                                                 United States District Judge